Gerald C. Sterns (State Bar No. 029976)
Eric M. Steinle (State Bar No. 201117)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELIZABETH CONNELLY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> Defendants. | Case No.: C 08-00920 <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 27, 2008

_____/s/_____
Signature

Counsel for Plaintiff Mary Elizabeth Connelly
(Plaintiff, Defendant or indicate "pro se")