Gerald C. Sterns (SBN 029976)
Eric M. Steinle (SBN 201117)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Tel (510) 267-0500
Fax (510) 267-0506

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELIZABETH CONNELLY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendants. | Case No.: C 08-0920 JCS<br><br>ORDER GRANTING<br>**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action filed:      February 13, 2008<br>Conference date:  May 23, 2008<br>                  1:30 p.m.<br><br>Hon. Joseph C. Spero, Magistrate Judge |

An Initial Case Management Conference in the above-entitled action is now scheduled for May 23. The parties are currently attempting to settle this claim. To that end, the defendant has not been served with the summons and complaint. For these reasons, plaintiff respectfully requests that the Initial Case Management Conference be continued for at least 60 days to allow the parties to see if the present negotiations can result in a dismissal, or for the pre-conference exchanges to take place.

/ / /

1

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Connelly v. United Airlines, Inc.
Action No. C 08-0920 JCS

                                        Respectfully submitted,

                                        STERNS & WALKER


Dated: April 29, 2008              By_____/s/_____
                                        Gerald C. Sterns
                                        Eric M. Steinle
                                        Attorneys for Plaintiffs


IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for May 23, 2008 at 1:30 PM, has been continued to August 1, 2008, at 1:30 PM. The joint case management conference statement shall be due by July 25, 2008.
IT IS SO ORDERED.

Dated: April 30, 2008

*[Seal of the United States District Court, Northern District of California, signed by Judge Joseph C. Spero]*

2
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Connelly v. United Airlines, Inc.
Action No. C 08-0920 JCS