1  Gerald C. Sterns (State Bar No. 029976)
2  Brenda D. Posada (State Bar No. 152480)
   Eric M. Steinle (State Bar No. 201117)
3  STERNS & WALKER
   901 Clay Street
4  Oakland, CA 94607
   Telephone:  (510) 267-0500
5  Facsimile:   (510) 267-0506
   Email: sterns@trial-law.com
6
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELIZABETH CONNELLY, | Case No.: C 08-00920 |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| v. | |
| UNITED AIRLINES, INC., | |
| Defendants. | |

TO the court, all parties, and any arbitrator or other court connected ADR neutral involved in this case:

This entire case is settled. The date of settlement: on or about May 15, 2008. The settlement is conditional. The Settlement Agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are not to be performed within 45 days of the date of the settlement. A Request for Dismissal will be filed no later than August 1, 2008.

The date the initial pleading was filed: February 13, 2008. The next scheduled Case Management Conference is: August 1, 2008, at 1:30 p.m. No trial date has been set.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Dated: 30 May 08                    Sterns & Walker

4

5

6                                      By: /s/ Gerald C. Sterns

7                                      Gerald C. Sterns
                                        Attorneys for Plaintiff
8                                      Mary Elizabeth Connelly

Notice of Settlement of Entire Case
Connelly v. United Airlines – Case No. C 08-00920

The undersigned certifies and declares as follows:

I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to this action; my business address is 901 Clay Street, Oakland, California 94607;

On May 30, 2008, I served the following document(s):

**Notice of Settlement of Entire Case**

on the parties in this action as follows:

__X__     by placing a true copy thereof enclosed in a sealed envelope (per agreement) addressed as follows:

**Judy Heck**
**Vice President, USAU**
**One Seaport Plaza**
**199 Water St.**
**New York, NY 10038**

____     BY PERSONAL SERVICE) By having a copy personally served by plaintiff(s) to defendant(s)] at the address(es) listed above.

__X__     BY MAIL) By placing said envelope(s), by first-class mail, postage fully prepaid, in the United States mail at Oakland, California.

____     (BY UPS) By delivering to United Parcel Courier Service (overnight delivery) for delivery to the addressee(s).

__X__     I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

__X__     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2008, Oakland, California.

*Edna L. Davis*
Edna L. Davis