CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Gerald C. Sterns (029976)<br>STERNS & WALKER<br>901 Clay Street<br>Oakland, CA 94607 | (510) 267-0500 | |
| ATTORNEY FOR (Name): Plaintiff Mary Elizabeth Connelly | | |

Insert name of court and name of judicial district and branch court, it any:

U.S. District Court, Northern District of California

PLAINTIFF/PETITIONER: Mary Elizabeth Connelly

DEFENDANT/RESPONDENT: United Airlines, Inc.

| REQUEST FOR DISMISSAL<br>[✓] Personal Injury, Property Damage, or Wrongful Death<br>    [ ] Motor Vehicle  [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[ ] Other (specify): | CASE NUMBER:<br><br>C08-00920 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [✓] With prejudice    (2) [ ] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                    on (date):
      (4) [ ] Cross-complaint filed by (name):                    on (date):
      (5) [✓] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: July 15, 2008

Gerald C. Sterns
.....................................
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _/s/ Gerald Sterns_ 
(SIGNATURE)

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶ _____
(SIGNATURE)

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):           as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to conformed    [ ] means to return conformed copy

Date:                        Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

The undersigned certifies and declares as follows:

I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to this action; my business address is 901 Clay Street, Oakland, California 94607;

On July 15, 2008, I served the following document(s):

**Request for Dismissal**

on the parties in this action as follows:

__X__   by placing a true copy thereof enclosed in a sealed envelope (per agreement) addressed as follows:

> **Judy Heck**
> **Vice President, USAU**
> **One Seaport Plaza**
> **199 Water St.**
> **New York, NY  10038**

____   BY PERSONAL SERVICE) By having a copy personally served by plaintiff(s) to defendant(s)] at the address(es) listed above.

__X__   BY MAIL) By placing said envelope(s), by first-class mail, postage fully prepaid, in the United States mail at Oakland, California.

____   (BY UPS) By delivering to United Parcel Courier Service (overnight delivery) for delivery to the addressee(s).

__X__   I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

__X__   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 15, 2008, Oakland, California.

*Edna Davis*
Edna L. Davis

-1-